AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-2524

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Cecilia McAveney

was received by me on *(date)*  06/15/2018

**FILED**
**JUN 1 9 2018**
KATE BARKMAN, Clerk
By_____Dep. Clerk

☐ I personally served the summons on the individual at *(place)*

on *(date)*                ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Charles C McAveney (Husband)   , a person of suitable age and discretion who resides there,
on *(date)*  06/18/2018  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*                ; or

☐ I returned the summons unexecuted because                ; or

☐ Other *(specify)*

My fees are $  0 00  for travel and $  75.00  for services, for a total of $  75 00

I declare under penalty of perjury that this information is true.

Date:  06/18/2018

*Server's signature*

Jon P Frey
*Printed name and title*

1515 Market Street
Suite 1200 #535
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:
I arrived at approximately 2 15 PM The receptionist told me Cecilia was not in at work today but her husband Charles was I told her that I needed to serve him with legal paperwork She called Mr McAveney on the digital telephone and he came out of a back office Upon confirming his identity and serving him with papers, he indicated he would also accept papers for his wife Cecilia and I served him with the papers on behalf of his wife
Description of person served: Caucasian, Approximately 6'0", 160 LB, Grey/White hair
About 55 years old, wearing glasses, a white "state farm" polo, and dark pants Cleanly shaven

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-2524

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Doe Corporation 1 dba Chuck McAveney Agency
was received by me on *(date)* 06/15/2018 .

☐ I personally served the summons on the individual at *(place)*
on *(date)*

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Charles C McAveney , who is
designated by law to accept service of process on behalf of *(name of organization)* Doe Corporation 1 dba Chuck McAveney Agency 129 N EAGLE RD HAVERTOWN PA  on *(date)* 06/18/2018 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 00 for travel and $ 75 00 for services, for a total of $ 75 00 .

I declare under penalty of perjury that this information is true.

Date: 06/18/2018

*Server's signature*

Jon P. Frey
*Printed name and title*

1515 Market Street
Suite 1200 #535
Philadelphia, PA 19102
*Server's address*

FILED
JUN 19 2018
KATE BARKMAN, Clerk
By or _____ Dep. Clerk

Additional information regarding attempted service, etc:
The office at 129 N Eagle Rd Havertown PA is clearly the Chuck McAveney State Farm Insurance Agency
I arrived at approximately 2.15 PM I entered the office and spoke to the receptionist, who initially did not allow me to see Mr. Charles C McAveney I told her that I needed to serve him with legal paperwork. She called Mr McAveney on the digital telephone and he came out of a back office Upon confirming his identity, I served him with the papers
Description of person served Caucasian, Approximately 6'0", 160 LB, Grey/White hair
About 55 years old, wearing glasses, a white "state farm" polo, and dark pants Cleanly shaven

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-2524

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
JUN 19 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

This summons for *(name of individual and title, if any)*   Charles C. McAveney
was received by me on *(date)*   06/15/2018

☑ I personally served the summons on the individual at *(place)*   129 N EAGLE RD HAVERTOWN, PA 19083
on *(date)*   06/18/2018   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $   0 00   for travel and $   75 00   for services, for a total of $   75 00

I declare under penalty of perjury that this information is true.

Date:   06/18/2018

*Server's signature*

John P. Frey
*Printed name and title*

1515 Market Street
Suite 1200 #535
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:
I arrived at approximately 2:15 PM I entered the office and spoke to the receptionist, who initially did not allow me to see Mr Charles C McAveney. I told her that I needed to serve him with legal paperwork She called Mr. McAveney on the digital telephone and he came out of a back office. Upon confirming his identity, I served him with the papers
Description of person served Caucasian, Approximately 6'0", 160 LB, Grey/White hair
About 55 years old, wearing glasses, a white "state farm" polo, and dark pants Cleanly shaven