AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-2524

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMP
was received by me on *(date)*   06/15/2018   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*   Served by Certified Mail according to PA Rule of Civil Procedure 404(2) and 403.
Delivered June 20, 2018. Return Receipt is attached.
Certified #. 9515500003908166000082

My fees are $ 0.00 for travel and $ 15.00 for services, for a total of $ 15.00  .

I declare under penalty of perjury that this information is true.

Date:   06/19/2018

*Server's signature*

Jon P Frey
*Printed name and title*

1515 Market Street
Suite 1200 #535
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:


**UNITED STATES POSTAL SERVICE**

Date: June 20, 2018

Jon Frey:

The following is in response to your June 20, 2018 request for delivery information on your Certified Mail™/RR/RRE item number 9515500003908166000082. The delivery record shows that this item was delivered on June 20, 2018 at 5:58 am in BLOOMINGTON, IL 61710. The scanned image of the recipient information is provided below.

Signature of Recipient: *Mike Hoback*

Address of Recipient: *One State Farm Plaza*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-2524

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ABRA AUTO BODY & GLASS LP
was received by me on *(date)* 06/15/2018 .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify)* Served by Certified Mail according to PA Rule of Civil Procedure 404(2) and 403. Delivered June 19, 2018. Return Receipt is attached.
Certified # 9515500003908166000075

My fees are $ 0.00 for travel and $ 15.00 for services, for a total of $ 15.00 .

I declare under penalty of perjury that this information is true.

Date: 06/19/2018

*Server's signature*

Jon P Frey
*Printed name and title*

1515 Market Street
Suite 1200 #535
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE.**

Date: June 19, 2018

Jon Frey:

The following is in response to your June 19, 2018 request for delivery information on your Certified Mail™/RR/RRE item number 9515500003908166000075. The delivery record shows that this item was delivered on June 19, 2018 at 6:34 am in 1209 N ORANGE ST WILMINGTON, DE 19801. The scanned image of the recipient information is provided below.

Signature of Recipient : 

CHARLES OFORI.

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service