IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| CHARLES C. MCAVENEY *et al.*, | : | |
| Defendants. | : | NO. 18-2524 |

**O R D E R**

**AND NOW**, this 26th day of June, 2018, upon consideration of Plaintiff Andrew Perrong's Motion for Permission to use ECF (Doc. No. 3), it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is **directed** to issue to the Plaintiff such usernames and passwords as to provide the Plaintiff with full access to the ECF Filing System to the extent required to participate fully in the above-captioned case **ONLY**, and in turn, the Plaintiff is **ORDERED** to follow all the terms and conditions made applicable to that grant by the ECF Procedural Rules.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE