APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHARLES C. McAVENEY et al. | : | NO. 18-2524 |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of _Jessica L. Edwards_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.