IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 18-2524

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

1. APPLICANT'S STATEMENT

I, __Jessica L. Edwards__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Minnesota | 10/29/2010 | 0391117 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| District of Minn. | 05/16/2011 | 0391117 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| District of N.D. | 02/11/2014 | MN - 391117 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    ABRA Auto Body & Glass LP

*(Applicant's Signature)*

07/23/2018
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

ABRA Auto Body & Glass LP - Legal Department

7225 Northland Blvd., Suite 210, Brooklyn Park, MN 55428

(763) 585-6367

Sworn and subscribed before me this

23rd Day of July, 2018

Notary Public



ELISA B. ECKLUND
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2022

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Jessica L. Edwards____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Matthew L. Lambach | _[signature]_ | 06/29/2018 | 312017 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

ABRA Auto Body & Glass LP - Legal Department

309 Cherry Street, Philadelphia PA 19106

(267) 356-4505

Sworn and subscribed before me this

23 Day of July, 2018

_[signature]_
Notary Public

Commonwealth of Pennsylvania – Notary Seal
LAUREN FISCHER – Notary Public
Philadelphia County
My Commission Expires Feb 7, 2022
Commission Number 1328051