IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br><br>Plaintiff,<br><br>v.<br><br>CHARLES C. McAVENEY, CECILIA McAVENEY, DOE CORPORATION 1 d/b/a CHUCK McAVENEY AGENCY, STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., and ABRA AUTO BODY & GLASS LP<br><br>Defendants. | CIVIL ACTION NO. 18-2524 |

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Jessica L. Edwards, hereby state and affirm as follows:

1. I am an adult resident of the State of Minnesota, and am the Associate General Counsel of ABRA Auto Body & Glass LP. I submit this Declaration in support of my Application and Motion to appear *pro hac vice* in the above-captioned action on behalf of ABRA Auto Body & Glass LP, one of the defendants in this action.

2. I am currently, or have been, admitted to the bars of the following states and courts, and the status of my admission to each bar is as follows:

   a. State of Minnesota, admitted October 29, 2010. Active status, in good standing.

   b. U.S. District Court for the District of Minnesota, admitted May 16, 2011. Active status, in good standing.

   c. U.S. District Court for the District of North Dakota, admitted Feb. 11, 2014. Active status, good standing.

3. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the disciplinary authority of any bar in which I have been a member.

4. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of the District Court for the Eastern District of Pennsylvania, and I agree to be bound by those Rules for the duration of the above-captioned case.

5. I will in good faith continue to advise and to work closely with Mr. Lambach, the attorney who is moving for my admission *pro hac vice* in this matter, and to keep him advised of the current status of the case and all material developments therein.

I SWEAR OR AFFIRM THAT THE ABOVE REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

Date: 7/23/18

Jessica L. Edwards

State of MINNESOTA

County of HENNEPIN

I, the undersigned Notary Public, do hereby affirm that Jessica L. Edwards personally appeared before me on the 23rd day of July 2018, and signed and sworn to the statements in the above Affidavit.

Signature: Elisa B Ecklund

Notary Public: Elisa B. Ecklund (printed name)

My Commission Expires: January 31, 2022

ELISA B. ECKLUND
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2022