IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHARLES C. McAVENEY et al. | : | |
| | : | NO.  18-2524 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Jessica L. Edwards___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

On all parties to the above-captioned action via ECF.

Signature of Attorney

Matthew L. Lambach
Name of Attorney

ABRA Auto Body & Glass LP
Name of Moving Party

07/23/2018
Date