## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG,** : | | **CIVIL ACTION** |
| *Plaintiff*, : | | |
| v. : | | |
| : | | |
| **CHARLES C. MCAVENEY et al.,** : | | |
| *Defendants*. : | | **NO. 18-2524** |

### O R D E R

**AND NOW**, this 24th day of July, 2018, upon consideration of the Motion for *Pro Hac Vice* of Jessica L. Edwards (Doc. No. 13), **it is ORDERED** that the Motion for *Pro Hac Vice* of Jessica L. Edwards (Doc. No. 13) is **GRANTED**. Jessica L. Edwards is admitted in this case *pro hac vice* for Defendant ABRA Auto Body & Glass LP, provided that (i) she shall familiarize and comport herself in accordance with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and (ii) presenting counsel, to wit, Matthew L. Lambach, Esq., shall continue to have responsibility for this matter during its pendency before the Court. Pursuant to this Order, Jessica L. Edwards, Esq. shall be permitted to participate in all aspects of the instant litigation on behalf of Defendant ABRA Auto Body & Glass LP.

It is so ORDERED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge