UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Andrew R. Perrong | : | |
| | : | |
| V. | : | Civil Action |
| Charles C. McAveney et al. | : | No: 18-2524 |
| | : | |

DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, ABRA Auto Body & Glass LP , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

08/21/18                                           /s/ Jessica Edwards
Date                                                    Signature

Counsel for:   ABRA Auto Body & Glass LP

## CERTIFICATE OF SERVICE

I, Jessica Edwards, hereby certify that on August 21, 2018, I caused a copy of the foregoing Disclosure Statement Form to be filed electronically and made available for viewing and downloading from the ECF system and served via ECF on the following:

| | |
|---|---|
| Andrew R. Perrong<br>1657 The Fairway #131<br>Jenkintown, PA 19046<br><br>*Plaintiff, pro se* | James T. Moughan (I.D. No. 33045)<br>Lise Luborsky (I.D.No. 22099)<br>Bennett, Bricklin & Saltzburg LLC<br>1601 Market Street, 16th Floor<br>Philadelphia, PA 19103<br>(215) 665-3402<br>Moughan@bbs-law.com<br>Luborsky@bbs-law.com<br><br>*Counsel for Defendants State Farm Mutual Automobile Insurance Company, Charles C. McAveney, Cecilia McAveney, and Doe Corporation 1 d/b/a Chuck McAveney Agency* |

*s/ Jessica Edwards*
Jessica L. Edwards (*pro hac vice*)
Associate General Counsel
ABRA Auto Body & Glass LP
7225 Northland Drive, Suite 210
Brooklyn Park, MN 55428
(763) 585-6367

***Attorney for Defendant***
***ABRA Auto Body & Glass LP***