**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>CHARLES C. MCAVENEY<br>et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>    No.  18-2524<br><br><br>Jury Trial Demanded |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report pursuant to the Court's September 14, 2018 order, ECF No. 23.

The parties have signed and finalized a written settlement agreement. The parties anticipate advising the Court of dismissal some time next week.

.Dated: **September 27, 2018**

_____
James Moughan, Counsel for Charles C.
McAveney, Cecilia McAveney, and State
Farm Mutual Automobile Insurance Co.

_____
Matthew Lambach, Counsel for Defendant
ABRA Auto Body & Glass LP

_____/s/_____
Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1