# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Andrew R. Perrong** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action |
| | ) | |
| vs. | ) | No. 2:18-cv-2524 |
| | ) | |
| **Charles C. McAveney, et. al.** | ) | |
| **Defendants** | ) | |

**NOTICE OF DISMISSAL OF ALL DEFENDANTS:**

COMES NOW Plaintiff ANDREW R. PERRONG, and hereby voluntarily dismisses this case against all Defendants, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, as no party has filed an answer or a motion for summary judgement. In accord with Rule 41(a)(1)(B), such a dismissal is being made WITH PREJUDICE, with each party to bear its own fees and costs.

**Dated: October 9, 2018**

/s/ *Andrew R. Perrong*
Andrew R. Perrong
Plaintiff, *Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
215-791-6957
Fax: 888-329-0305
andyperrong@gmail.com